IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBIN BARCA,

    Plaintiff,                                  No. CIV S-11-1073 KJM-JFM

    vs.

HARTFORD LIFE AND ACCIDENT INSURANCE CO.,

    Defendant.                              <u>ORDER TO SHOW CAUSE</u>

/

        This matter comes before the court upon the failure of plaintiff's counsel to appear at the August 24, 2011 status conference for the above-captioned matter. The court is in receipt of a letter submitted by Mr. Whitehead, plaintiff's counsel admitted pro hac vice in this jurisdiction, regarding the non-appearance (ECF 16); however, there is no such letter from Mr. Wilcox, plaintiff's local counsel. Accordingly, Mr. Wilcox is to show cause within seven (7) days of the entry of this order why he should not be sanctioned in accordance with Local Rule 110 for his failure to appear in violation of Local Rule 240.

        IT IS SO ORDERED.

DATED: August 30, 2011.

                                                  UNITED STATES DISTRICT JUDGE

1