# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN BARCA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, ADMINISTRATOR OF THE GROUP LONG TERM DISABILITY,<br><br>　　　　　Defendants. | Case No.  2:11-CV-01073-KJM-JFM<br><br>**ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE** |

　　　　The court has reviewed parties' stipulation (ECF 21) and finds that a bench trial is appropriate for this ERISA matter.  *Kearny v. Standard Ins. Co.*, 175 F.3d 1084, 1095 (9th Cir. 1999).  The court sets the following schedule:

　　　　Simultaneous opening trial briefs shall be filed no later than April 30, 2012;

　　　　Simultaneous responsive briefs shall be filed no later than May 14, 2012; and

　　　　Bench trial shall commence May 21, 2012 at 1:30 p.m.

　　　　Parties shall inform the court immediately if they settle this matter through mediation.

DATED:  January 25, 2012.

_____
UNITED STATES DISTRICT JUDGE