# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ROBIN BARCA,

              Plaintiff,

v.

HARTFORD LIFE AND
ACCIDENT INSURANCE
COMPANY, ADMINISTRATOR
OF THE GROUP LONG TERM
DISABILITY,

              Defendants.

Case No.  2:11-CV-01073-KJM-JFM

**ORDER RE STIPULATION TO
EXTEND BRIEFING SCHEDULE**

      The court has reviewed parties' stipulation (ECF 21) and finds that a bench trial is appropriate for this ERISA matter. *Kearny v. Standard Ins. Co.*, 175 F.3d 1084, 1095 (9th Cir. 1999).  The court sets the following schedule:

      Simultaneous opening trial briefs shall be filed no later than April 30, 2012;

      Simultaneous responsive briefs shall be filed no later than May 14, 2012; and

      Bench trial shall commence May 21, 2012 at 1:30 p.m.

      Parties shall inform the court immediately if they settle this matter through mediation.

DATED:  January 25, 2012.

_____
UNITED STATES DISTRICT JUDGE